| | |
|---|---|
| O'SHEA MANN, | 1:21-cv-00764-EPG (PC) |
| Plaintiff, | ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| v. | |
| A. GARCIA, et al. | |
| | (ECF No. 2) |
| DefendantS. | |
| | THIRTY (30) DAY DEADLINE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff O'Shea Mann ("Plaintiff") is a prisoner proceeding *pro se* in this action. On May 10, 2021, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Plaintiff did not respond to all of the subparts of question 3 regarding sources of money he has received in the last twelve months or question 4 regarding the amount of cash, including the balance of checking or savings accounts, he has and he did not sign the application. (*Id.*)

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to provide Plaintiff with a copy of an Application to Proceed In Forma Pauperis by a Prisoner; and

///

1

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: __May 14, 2021__          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE