UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'SHEA MANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. GARCIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00764-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 29) |

Plaintiff O'Shea Mann ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On September 16, 2021, Defendants J. Duran, B. Thompson, P. Godfrey, and V. Castro[1] ("Defendants") filed an ex parte application requesting to extend the deadline to file a responsive pleading to Plaintiff's complaint from September 21, 2021 to November 19, 2021. (ECF No. 29.) According to the application, Defendants' counsel was recently assigned to this matter and needs additional time to investigate Plaintiff's allegations. (*Id.*) This is Defendants' first request for an extension of the responsive pleading deadline.

Having considered the application, the Court will grant the request. However, no further extensions of Defendants' responsive pleading deadline will be granted absent good cause.

///

---

[1] Defendant A. Garcia does not join in the motion. (*See* ECF No. 29.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Ex Parte Application for Extension of Time (ECF No. 29) is GRANTED; and

2. Defendants J. Duran, B. Thompson, P. Godfrey, and V. Castro shall file and serve their responsive pleading to Plaintiff's complaint on or before November 19, 2021.

IT IS SO ORDERED.

Dated:   **September 20, 2021**              /s/ Eric P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE